**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JDI HOLDINGS, LLC

    VS                                          CASE NO. 3:07cv242 MCR/EMT

JET MANAGEMENT, INC., ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 10/05/2009
Type of Motion/Pleading DEMAND FOR HEARING REGARDING DEFENDANT KERR'S MOTION TO DISQUALIFY
Filed by: Plaintiff       on 10/5/09     Doc. No. 251
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                         on            Doc. No.
                                         on            Doc. No.
                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         /s/ Lynn C. Uhl
                                         Deputy Clerk: Lynn Uhl

**ORDER**

      Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2009, that:

      The requested relief is GRANTED. An evidentiary hearing shall be conducted Monday, October 19, 2009, beginning at 8:00 AM. Counsel and Mr. Kerr shall be present at 7:30 AM in order to make certain all technical issues are resolved in order to avoid hearing delays. Mr. Roe and Mr. Kerr shall be responsible for ensuring compliance with all procedures regarding witnesses, whether appearing in person or by telephone. All documents to be introduced at the hearing shall be filed with the court no later than noon, October 13, 2009.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.