# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JDI HOLDINGS, LLC

    VS                                                  CASE NO. 3:07cv242 MCR/EMT

JET MANAGEMENT, INC., ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 10/13/2009
Type of Motion/Pleading MOTION FOR APPROPRIATE RELIEF WITH RESPECT TO "MISSING" DOCUMENTS
Filed by: Plaintiff        on 10/9/09     Doc. No. 255
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
Defendants               on 10/15/09    Doc. No. 263
                         on             Doc. No.
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 16th day of October, 2009, that:

    The requested relief is DENIED. It is not clear that a written "finders fee agreement" existed. To the extent it did exist, there's no indication in the record that defendants purposefully lost or destroyed it.

                                                     s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.