# United States District Court
## *Civil Minutes - Trial*

Case No.   3:07cv242/MCR/EMT                                      Date   October 19-23, 2009

DOCKET ENTRY: **BENCH TRIAL**

Bench Trial held 10/19, 10/20, 10/21, 10/22 & 10/23/2009.  Testimony heard and evidence entered.  Court grants in part Dft Jet Management Inc. and Southern Jet Center's oral Motion for Rule 52(c) Judgment on Partial Findings.  Judgment will be entered in favor of Southern Jet Center at the conclusion of the case.  Court shall take matter under advisement and enter a written order.
Attached: daily minutes, exhibit and witness lists.  All exhibits (9 notebooks) placed in Clerk's secured storage.

PRESENT: HONORABLE   **M. CASEY RODGERS**  , JUDGE        Susan Simms        Donna Boland & Cindy Law
                                                          Deputy Clerk        Court Reporters

Style of Case:   JDI Holdings, LLC. (JDI) v. Jet Management, Inc. (Jet), Southern Jet Center, LLC (SJC), and Jon Kerr

Attorneys present for plaintiffs (pla):         Adrian Roe & Robert Palmer

Attorneys present for defendant (dft):   Michael Schofield, Jeremy Branning & John Kerr (pro se)

|   | Case called and continued to _____ for trial. |
|---|---|
| ✔ | COURT TRIAL. |
|   | FINDING BY COURT    ✔   MATTER TAKEN UNDER ADVISEMENT |
|   | Continued to _____ for ____ setting ____ trial ____ further trial. |

SEE SEPARATE (ATTACHED) LIST FOR WITNESSES AND EXHIBITS.

**Monday, October 19, 2009**

**Motion Hearing**       8:15 am to 10:23am - Gwen Kesinger (Court Reporter)
                          See separate minute entry (doc. #269)

| | |
|---|---|
| 10:47 | Court in session - Donna Boland (Court Reporter) **BENCH TRIAL BEGINS** |
| 10:48 | Court reviews trial procedures |
| 10:49 | Court inquiry re: Notice of Request for Judicial Notice and Use at Trial [#268] filed this morning; Dfts Jet/SJC (Schofield) responds |
| 10:50 | Pla JDI (Roe) discusses preliminary matters |
| | **DONALD DULAC** sworn - Plaintiff may call Mr. Dulac as a witness by phone in rebuttal case |
| | Pla JDI (Roe) requests rule be invoked as to witnesses;  Dfts Jet/SJC (Schofield) responds |
| | Pla JDI (Roe) addresses Court re: exhibits;  Dfts Jet/SJC (Schofield) responds |
| | Court inquiry; counsel respond re: introduction/admission of all Pla JDI's & Dfts Jet/SJC's Exhibits |
| | *Pla JDI's Exhibits #1-166 and Dfts' Jet/SJC Exhibits #1-130 admitted* |
| 10:55 | **Plaintiff JDI Holdings' Opening Statement (Roe)** |
| 11:02 | **Defendants Jet Mgmt/Southern Jet Ctr's Opening Statement (Schofield)** |
| 11:15 | **Defendant Jon Kerr's Opening Statement (pro se)** |
| 11:33 | Pla JDI's witness **JARED ISAACMAN** sworn - Direct (Roe) |
| 12:25 | Court in lunch recess |
| 1:34 | Court in session - Cindy Law (Court Reporter) |

1

## Bench Trial Minutes - Continued

3:07cv242/MCR/EMT     JDI Holdings, LLC v. Jet Mgmt Inc. & Southern Jet Ctr. & Jon Kerr     10/19-23/2009

**PROCEEDINGS:**

| | |
|---|---|
| 1:34 | Direct (Roe) resumes of witness **Jared Isaacman**; 1:56 Cross (Schofield) |
| 3:08 | Court in recess |
| 3:25 | Court in session - Donna Boland (Court Reporter) |
| | Cross (Kerr) of witness **Jared Isaacman;** 4:28 Redirect**;** 4:50 Recross (Schofield) |
| | *Dft Kerr's Exhibits #1 & 2 and Pla's Exhibit # 168 admitted* |
| 4:54 | Pla JDI's witness **JAMES MacCONNELL** sworn - Direct (Roe) |
| | *Pla JDI's Exhibits #169, 169a-e admitted* |
| 5:38 | Court inquiry; Dfts Jet/SJC (Branning) provides court w/binder of applicable case law and statutes |
| 5:39 | Dft Kerr (pro se) inquiry; Court responds |
| 5:44 | Court in evening recess (until 8:30 am) |

**Tuesday, October 20, 2009** - Donna Boland (Court Reporter)

| | |
|---|---|
| 8:39 | Court in session |
| 8:40 | Direct (Roe) resumes of witness **James MacConnell** (sworn); 9:14 Cross (Schofield) |
| | **Court designates James MacConnell as an expert in the field of aviation mechanics** |
| 10:21 | Court in recess |
| 10:44 | Court in session |
| | Cross resumes of expert witness **James MacConnell**; 11:15 Cross (Kerr); 11:39 Redirect; 12:14 Recross (Schofield); 12:17 Court inquiry |
| 12:25 | Dft Kerr (pro se) inquiry re: expert witness Nash appearing by phone; Court responds (expert not allowed) |
| 12:29 | Court in lunch recess |
| 1:45 | Court in session |
| | Court inquiry re: release of witness MacConnell; Pla JDI (Roe) responds |
| 1:48 | Pla JDI's witness **PAUL WATKINS** sworn - Direct (Roe) |
| 2:59 | Court in recess |
| 3:40 | Court in session |
| 3:41 | Direct resumes of witness **Paul Watkins** |
| | *Pla JDI's Exhibit #167 admitted* |
| 5:25 | Court inquiry re: status of trial; Kerr/counsel respond |
| 5:30 | Court inquiry re: witness Nash; Kerr/counsel respond; Court states witness will need to be appropriately sworn; Kerr/counsel respond |
| 5:48 | Court in evening recess (until 9:00 am) |

**Wednesday, October 21, 2009** - Donna Boland (Court Reporter)

| | |
|---|---|
| 9:04 | Court in session |
| | Court inquiry; Kerr/counsel respond |
| 9:06 | Cross (Schofield) of witness **Paul Watkins** (sworn) |
| | *Dfts Jet/SJC's Exhibit #138 admitted* |
| 10:35 | Court in recess |
| 10:58 | Court in session |
| | Cross (Kerr) of witness **Paul Watkins**; 11:29 Redirect; 12:07 Court inquiry; Kerr/counsel respond |
| 12:23 | Court in recess until 1:30 pm |
| 1:38 | Court in session |

## Bench Trial Minutes - Continued

3:07cv242/MCR/EMT    JDI Holdings, LLC v. Jet Mgmt Inc. & Southern Jet Ctr. & Jon Kerr    10/19-23/2009

**PROCEEDINGS:**

| | |
|---|---|
| 1:39 | Pla JDI (Palmer) requests that transcript of motion to disqualify be admitted; Dfts Jet/SJC (Schofield); Court responds |
| 1:40 | Pla JDI (Roe) requests depositions of Arden Doss and Mr. Vecchio be part of the record; Dfts Jet/SJC (Schofield/Kerr) respond |
| 1:43 | Attorney Jordan Frankel assists Pla (Roe) reading excerpts of depositions of Arden Doss and Anthony Vecchio; Dfts Jet/SJC (Schofield) requests exhibit be attached to Vecchio's deposition |
| 2:05 | Pla JDI (Roe) requests depositions just read be placed into evidence; Court allows |
| 2:06 | Pla JDI's witness Defendant **JON KERR** sworn - Direct<br>*Pla JDI's Exhibit #170 - admitted* |
| 2;15 | Court in recess |
| 2:35 | Court in session<br>Direct (Roe) resumes of **Jon Kerr**; 3:22 Cross (Schofield); 3:47 Redirect; 4:03 Recross; 4:08 Court inquiry<br>*Dfts Jet/SJC Exhibits 139, 140, 141 & 142 and Pla's Exhibit #171 admitted* |
| 4:20 | Court in recess |
| 4:36 | Court in session<br>Court inquiry of witness **Jon Kerr**; followup (Roe/Schofield) |
| 5:02 | *Pla JDI's Exhibit 172 & 173 identified only and #174 admitted* |
| 5:03 | **PLAINTIFF JDI HOLDINGS RESTS** |
| 5:06 | Court inquiry; Dfts Jet/SJC (Schofield) responds |
| 5:10 | **Dfts Jet/SJC (Branning) argues oral motion re: Rule 52(c) for judgment of partial findings** |
| 5:32 | Court in evening recess |

**Thursday, October 22, 2009** - Donna Boland (Court Reporter)

| | |
|---|---|
| 8:35 | Court in session<br>Court inquiry; Pla JDI (Roe) responds<br>*Pla JDI's Exhibits #172 & #173 admitted* |
| 8:37 | Court inquiry re: Dft Kerr's Pretrial Statement (Ex. #170); Dft Kerr (pro se) responds; counsel respond |
| 8:38 | Pla JDI (Roe) withdraws Exhibit #170; Court responds |
| 8:39 | Pla JDI's witness Defendant **JON KERR** sworn - Direct (Roe) re: #170 only<br>*Pla JDI's Exhibit #170 admitted* |
| 8:44 | Pla JDI (Roe) argues response to Rule 52(c) motion for judgment of partial findings |
| 9:49 | Dfts Jet/SJC (Branning) rebuttal argument re: Rule 52 motion |
| 9:53 | **Court provides findings of fact and will enter judgment in favor of Southern Jet Center**; Court excuses Mr. Vecchio (representative from Southern) |
| 10:56 | Court in recess |
| 10:05 | Court in session |
| 10:06 | Dft Jet's witness **ANTHONY VECCHIO** sworn - Direct (Branning); 10:12 Cross (Roe); 10:26 Redirect; Court inquiry; 10:30 Cross (Kerr); 10:44 Recross (Roe); 11:17 Redirect (Branning); 11:18 Follow up (Kerr) |
| 11:20 | Court in recess |
| 11:35 | Court in session |
| 11:36 | Court inquiry re: exhibit; Dft Jet (Branning) responds - Pla's Exhibit #110 |
| 11:38 | Dft Jet's witness **HERBERT P. MICHAEL Jr.** sworn - Direct (Branning); 11:53 Cross (Kerr); 11:58 Cross (Roe) |
| 12:58 | Court in lunch recess |
| 2:14 | Court in session |

3

## Bench Trial Minutes - Continued

**3:07cv242/MCR/EMT**   JDI Holdings, LLC v. Jet Mgmt Inc. & Southern Jet Ctr. & Jon Kerr   10/19-23/2009

**PROCEEDINGS:**

|       |   |
|-------|---|
|       | Pla JDI (Roe) informs Court that Mr. Isaacman wishes to discharge Mr. Roe from the case |
| 2:16  | Court requests Mr. Kerr, Mr. Schofield and Mr. Branning to exit the courtroom |
| 2:17  | Court inquiry of plaintiff; Jared Isaacman responds |
| 2:23  | Pla JDI (Roe) responds; Court responds; Mr. Isaacman responds; Court responds; Pla JDI (Roe) responds |
| 2:35  | Court in recess |
| 3:25  | Court in session - with all counsel/parties present |
| 3:26  | Court provides findings of fact and conclusions of law as to withdrawal of attorney Roe |
| 3:33  | Court inquiry of defendants; Dft Jet (Schofield) responds |
| 3:34  | Court will not grant this request nor consider any motion to continue this trial - a corporation cannot represent itself |
| 3:37  | Court inquiry of plaintiff is he wishes to proceed w/Mr. Roe in this trial or have this case dismissed |
| 3:38  | Court in recess |
| 3:53  | Court in session |
|       | Atty Roe advises the Court that plaintiff will continue with the trial; Court inquiry; Mr. Isaacman confirms |
| 3:54  | Dft Jet's witness **DANIEL SCANLON** sworn - Direct (Schofield); 5:04 Cross (Roe); 5:47 Redirect; 5:54 Court inquiry; Pla (Roe) followup; Dft Kerr (pro se) followup |
|       | **Court designates witness Daniel Scanlon an expert in the field of aviation maintenance** |
| 6:05  | Court inquiry re: status of case; Dft Jet (Schofield) responds/Kerr (pro se) responds; Court responds |
| 6:14  | Court clarification re: Rule 52 motion is granted as to partial findings re: Southern, but the judgment in favor of Southern Jet Center will not be entered until the conclusion of this case |
| 6:16  | Court in evening recess |

**Friday, October 23, 2009** - Donna Boland (Court Reporter)

|       |   |
|-------|---|
| 8:36  | Court in session |
|       | Dft Jet (Branning) addresses the Court and waives appearance of an expert witness due to his reports being in evidence |
| 8:40  | Dft Jet (Schofield) reads deposition excerpts into the record (Richard Policicchio, Arden Doss, Jared Issacman, Barry Panasik, Christopher George, Chuck Farney) |
|       | *Dft Jet's Exhibit #143 & 144 admitted* |
| 10:06 | **DEFENDANT JET MGMT RESTS** |
| 10:08 | Dft Kerr (pro se) inquiry; Court responds |
| 10:09 | Dft Jet (Schofield) reads 2 additional deposition excerpts into the record (Walter Berchtold, Donald Dulac) |
| 10:24 | Court in recess |
| 10:50 | Court in session |
|       | Dft **JON KERR** sworn - Direct (pro se) |
|       | *Dft Kerr's Exhibits #Kerr A-S introduced* |
| 11;04 | Counsel (Roe/Schofield) inquiry re: exhibits in discovery; Court responds - will admit after opposing counsel review |
| 11:06 | Direct resumes of Dft **Jon Kerr** (pro se) |
| 11:51 | Court in recess |
| 12:07 | Court in session |
|       | Cross (Roe) of witness Dft **Jon Kerr**; 12:34 Cross (Schofield); 12:46 Redirect |
| 12:48 | Court in lunch recess (2:00 pm) |
| 2:03  | Court in session |
| 2:04  | **DEFENDANT JON KERR RESTS** |
| 2:05  | Pla JDI (Roe) reads deposition excerpts into the record: (James Watkins, Arthur Roberts) |
|       | *Pla JDI's Exhibit #178 admitted* |
| 2:30  | Pla JDI's rebuttal witness **JARED ISSACMAN** sworn - Direct(Roe); 2:31 Cross (Schofield); No Redirect |

4

## Bench Trial Minutes - Continued

**3:07cv242/MCR/EMT**     JDI Holdings, LLC v. Jet Mgmt Inc. & Southern Jet Ctr. & Jon Kerr     **10/19-23/2009**

**PROCEEDINGS:**

| | |
|---|---|
| 2:35 | Pla JDI (Roe) reads deposition excerpt into the record (Don Dulac) |
| 2:43 | **PLAINTIFF JDI HOLDINGS RESTS REBUTTAL CASE** |
| 2:44 | Court in recess |
| 2:53 | Court in session |
| | **Dft Jet (Branning) renews oral motion re: Rule 52(c)**; Court responds |
| 2:54 | **Plaintiff JDI Holdings' Closing Statement** (Roe) |
| 3:53 | **Defendant Jet Mgmt Inc.'s Closing Statement** (Schofield) |
| 4:26 | **Defendant Kerr's Closing Statement** (pro se) |
| 4:54 | **Plaintiff JDI Holdings' Rebuttal Statement** (Roe) |
| 5:09 | Court reopens case/inquiry re: admission of Dft Kerr's Exhibits A-S; no objections from counsel (Roe/Schofield) |
| | *Dft Kerr's Exhibits A-S admitted* |
| 5:10 | Court will take matter under advisement |
| 5:12 | Court adjourned |

Filed in Open Court

10-23-2009
Initials of Deputy Clerk sps